## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 109 WM 2020

         Respondent            :

             v.               :

JEREMY ALLEN COOL,           :

         Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of February, 2021, the "Application for Leave of Appeal *Nunc Pro Tunc*," treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is DENIED.